# United States District Court
### for the
## Eastern District of Washington



| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v.. | ) |
| ERIC J. PEREZ | ) Case No.  2:16-MJ-00100-JTR |

## CRIMINAL COMPLAINT

I, Ian Burns, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) July 8, 2015, through on or about July 29, 2015, in the county of Grant in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of Child Pornography |

This complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature
Ian Burns, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date:    April 1, 2016

City and state:    Spokane, Washington

_____
Judge's signature
John T. Rodgers, United States Magistrate Judge
Printed name and title

Perez Complaint.docx