# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>     vs.<br><br>ALBERT CASTRO, JR., (02),<br><br>                      Defendant. | Case No.  2:16-CR-0063-SMJ-02<br><br>**CRIMINAL MINUTES**<br><br>**DATE:** 03/03/2017 **LOCATION:** Richland<br><br>**CHANGE OF PLEA HEARING** |

| | Judge Salvador Mendoza, Jr. | | |
|---|---|---|---|
| Debbie Brasel<br><br>**Courtroom Deputy** | **Law Clerk** | **Interpreter** | Kim Allen<br><br>**Court Reporter** |
| Scott Travis Jones<br><br>**Plaintiff's Counsel** | | Christopher R. Black<br><br>**Defendant's Counsel** | |

**[XX] Open Court**

Defendant **present not in custody** of the U.S. Marshal

Mr. Jones outlines for the Court the elements of the offense and a summary of the facts in this case

Oath administered to Defendant for change of plea

Plea Agreement signed and filed

Court advises Defendant of Constitutional Rights given up by plea of guilty

Order accepting guilty plea to Count 5 of the Superseding Indictment signed and filed
Order re: schedule for guideline sentencing – filed
All pending motions denied as moot

**Sentencing set for Monday, June 19, 2017 at 11:00 A.M. in Spokane**

Mr. Jones move Court to take defendant in to custody pursuant to 18 U.S.C. 3143(a)(2)

Mr. Black argues resisting

**Court:**        Defendant shall be immediately remanded to the custody of the US Marshal pending sentencing in this matter.

| CONVENED: 10:50 AM | ADJOURNED: 11:37 AM | TIME: / 47 MINUTES | |
|---|---|---|---|