FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 28, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC J. PEREZ, (01),<br><br>Defendant. | No.   2:16-CR-0063-SMJ-01<br><br>**ORDER ACCEPTING GUILTY PLEA AND DEFERRING ACCEPTANCE OF THE PLEA AGREEMENT** |

On September 28, 2017, the Court held a change-of-plea hearing in the above-captioned matter. Scott Travis Jones appeared for the Government. The Defendant was present, represented by Nicolas V. Vieth.

The Court finds that Defendant's guilty plea to Counts 3, 5, 7, 9, 10, 11, and 12 of the Second Superseding Indictment is knowing, intelligent, and voluntary and is not induced by fear, coercion, or ignorance. The Court finds this plea is given with the knowledge of the charged crimes, the essential elements of the charged crimes, the Government's evidence of the charged crimes, and the consequences of pleading guilty. The Court further finds that the facts admitted to by Defendant in open court constitute the essential elements of the crimes charged. Accordingly, the Court accepts Defendant's guilty plea.

ORDER - 1

However, acceptance of the Rule 11(c)(1)(C) plea agreement is deferred until sentencing when the Court will have the benefit of a Presentence Investigation Report.

Accordingly, **IT IS HEREBY ORDERED**:

**1.**  Defendant's guilty plea to Counts 3, 5, 7, 9, 10, 11, and 12 is **ACCEPTED**.

**2.**  All pending motions are **DENIED AS MOOT**.

**3.**  The trial date is **STRICKEN**.

**4.**  In the event an Order is entered permitting withdrawal of the guilty plea, Speedy Trial Act time will be calculated consistent with 18 U.S.C. § 3161(i).

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 28th day of September 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2